**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JAMES ORICK, | ) |
| Movant, | ) ) ) |
| v. | ) No. 4:25-CV-01767-RWS |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon the submission of movant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 by movant James Orick. The motion is not on a Court-provided form as required by the Local Rules of the Court. *See* E.D. Mo. L.R. 2.06(A). Therefore, the Court will direct the Clerk of Court to provide movant with the Court form and will give movant an opportunity to file an amended motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send movant a § 2255 form.

**IT IS FURTHER ORDERED** that movant must complete the form and return it to the Court within **thirty (30) days** of the date of this Order.

**Movant's failure to timely comply with this order will result in the dismissal of this action, without prejudice and without further notice.**

Dated this 15th day of December, 2025.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE